**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1710

METASEBYA KASSA MEKONEN,

Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A77-894-838)

Submitted: March 13, 2008          Decided: March 24, 2008

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Fitsum A. Alemu, Arlington, Virginia, for Petitioner. Michael B.
Mukasey, United States Attorney General, M. Jocelyn Lopez Wright,
Assistant Director, Yamileth G. HandUber, OFFICE OF IMMIGRATION
LITIGATION, Civil Division, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Metasebya Kassa Mekonen, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying her second motion to reopen as untimely and numerically barred, and denying her motion to reconsider as untimely. We have reviewed the record and Mekonen's arguments and find no abuse of discretion in the Board's decision. See 8 C.F.R. §§ 1003.2(c)(2), (3) (2007); INS v. Doherty, 502 U.S. 314, 323-24 (1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED